AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 08, 2024*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GUILLERMO IVAN RAMIREZ-SAUCEDO a/k/a Guillermo Ivan Ramirez Saucedo, a/k/a Guillermo I. Ramirez-Saucedo, a/k/a Guillermo Ramirez-Saucedo, a/k/a et al. | ) ) ) ) ) | Case No.   **4:24-mj-00484** |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 12, 2024___ in the county of ___Harris___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

❒ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Vedder, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: ___11/08/2024___

_____
*Judge's signature*

City and state: ___Houston, TX___    Richard W. Bennett, United States Magistrate Judge
*Printed name and title*

**4:24-mj-00484**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Vedder, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since September 2016.  Prior to this assignment, I have held the following positions: US Customs and Border Protection Officer and Immigration Enforcement Agent.  My law enforcement career began on January 26, 2004, as a US Customs and Border Protection Officer.  I have over 20 years of immigration law enforcement experience.

(2)    On November 7, 2024 at approximately 0100 hours, Guillermo Ivan Ramirez-Saucedo was arrested by ICE.  The Defendant also goes by the alias(s) of Guillermo I Ramirez, Guillermo Ramirez Saucedo, Guillermo Ivan Ramirez Saucedo, Guillermo Ramirez, Guillermo Ivan Ramirez, Guillermo Ramirez-Saucedo, Guillermo I Ramirez-Saucedo, Cuillermo Ramirez Saucedo, Guillermo Saucedo, Guillermo Ivan Saucedo, Guillermo Ramirez Saucedo, and Guillermo Saucedo-Ramirez.

(3)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases.  According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously convicted and deported.

(4)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5)    Element One:  The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)    Element Two:  The Defendant has previously been deported or removed from the United States on the following occasion(s):

a.  March 21, 2023
b.  November 10, 2020
c.  October 30, 2019
d.  February 7, 2014
e.  April 18, 2011
f.  August 25, 2008

(7)     Element Three:  After deportation, the Defendant was subsequently found in the United States on February 12, 2024 in Houston, Harris County, Texas, which is within the Houston Division of the Southern District of Texas.  Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph.  On November 8, 2024, the LESC advised me that it had no record of such an encounter.

(8)     Element Four:  The Defendant did not have permission to re-enter the United States. On November 7, 2024, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.  I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)     Prior Criminal History / Gang Affiliation.  The Defendant has the following prior criminal history and/or gang affiliation:

   a.  On March 13, 2023, the Defendant, using the name Guillermo Ivan Ramirez-Saucedo, was convicted in the County Criminal Court at Law No 2 Houston, in Harris County, TX, for the offense of Driving While Intoxicated 2nd, under case 233222101010.  For this offense, the Defendant was sentenced to 30 days confinement.

   b.  On July 27, 2022, the Defendant, using the name Guillermo Ivan Ramirez-Saucedo, was convicted in the United States District Court, for the Southern District of Mississippi, for violation of 8 USC 1326(a) and (b)(1) under case 1:19-CR-149TBM-RPM-001.  For this offense, the Defendant was sentenced to 18 months confinement.

   c.  On April 9, 2018, the Defendant, using the name Guillermo Ivan Ramirez-Saucedo, was convicted in the United States District Court, for the Southern District of Texas, Corpus Christi, for violation of 8 USC 1326(a) and (b)(1) under case 2:17-CR-00785-001.  For this offense, the Defendant was sentenced to 24 months confinement.

   d.  On December 3, 2012, the Defendant, using the name Guillermo Ivan Saucedo-Ramirez, was convicted in the United States District Court, for the Southern District of Texas, Houston, for Revocation of Probation or

Supervised Release under case 4:10-CR-00213-001.  For this offense, the Defendant was sentenced to 124 days confinement.

e.  On August 26, 2010, the Defendant, using the name Guillermo Ivan Ramirez Saucedo, was convicted in the United States District Court, for the Southern District of Texas, Houston, for violation of 8 USC 1326(a) and (b)(1) under case 4:10-CR-00213-001.  For this offense, the Defendant was sentenced to 14 months confinement.

f.  On February 2, 2010, the Defendant, using the name Guillermo Ramirez, was convicted in the 180th District Court Houston, in Harris County, TX, for the offense of PS CS PG 1 < 1G, under case 125024701010.  For this offense, the Defendant was sentenced to 90 days confinement.

g.  On March 17, 2008, the Defendant, using the name Guillermo I Ramirez, was convicted in the County Criminal Court at Law No 4 Houston, in Harris County, TX, for the offense of DRIVING WHILE INTOXICATED, under case 151408701010.  For this offense, the Defendant was sentenced to 10 days confinement.

h.  On September 18, 2007, the Defendant, using the name Cuillermo Ramirez Saucedo, was convicted in the 262nd District Court Houston, in Harris County, TX, for the offense of EVADING ARREST/DETENTION W/VEH, a State Jail Felony, under case 113345401010.  For this offense, the Defendant was sentenced to 180 days confinement.

i.  On May 29, 2007, the Defendant, using the name Guillermo I Ramirez, was convicted in the 178th District Court Houston, in Harris County, TX, for the offense of Assault Causes Bodily Injury Family Member, under case 108307301010.  For this offense, the Defendant was sentenced to 1 year confinement.

On November 8, 2024, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint.  On or about that day, Assistant U.S. Attorney Anthony Franklyn (713-304-3086) accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

Justin Vedder, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 8th day of November, 2024, and I find probable cause.

Honorable Richard W. Bennett
United States Magistrate Judge
Southern District of Texas