Case 4:24-cr-00609   Document 54   Filed on 09/19/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Case No. 4:24-CR-00609 |
| § | |
| GUILLERMO IVAN RAMIREZ-SAUCEDO § | |

## ORDER

Pending before the Court is the Government's Motion in Limine for The Affirmative Defense of Duress (ECF No. 23). The Court heard argument on the motion on September 2, 2025. After reviewing the motion, the responses, and the supporting Memorandum of Law (ECF 52), the Court **DENIES** the Government's Motion. The Government is free to renew its Motion with regard to jury instructions after the close of evidence.

**IT IS SO ORDERED.**

Signed at Houston, Texas on September 19, 2025.

_____
Keith P. Ellison
United States District Judge