UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Criminal No. 4:24-cr-00609 |
| | § | |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its United States Attorney, Nicholas J. Ganjei, and Carrie Law, Special Assistant United States Attorney, files the Government's Exhibit List in the above entitled case.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    United States Attorney
    Southern District of Texas

By    /s/ Carrie Law
    Carrie Law
    Special Assistant United States Attorney
    Cal. Bar No. 258387
    Telephone: (713) 567-9367

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT | | | SOUTHERN DISTRICT OF TEXAS | | |
| United States of America vs. GUILLERMO IVAN RAMIREZ SAUCEDO | | | Houston Division | | |
| | | | Criminal No. **4:24-CR-00609** | | |
| | | | **EXHIBIT LIST** | | |
| List of United States of America | | | AUSAs Carrie Law and Ekua Assabill | | |
| Judge Keith P. Ellison | | | | | |
| No. | Exhibit Description | Ofr | Obj | Adm | Date |
| | Map of 9701 Burden St., Houston, TX 77093 (Southern District Texas) | | | | |
| | HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 (redacted) | | | | |
| | HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 (unredacted) | | | | |
| | Still photograph of defendant from HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 | | | | |
| | Still photograph from HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 | | | | |
| | Certified Transcript of HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 | | | | |
| | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/7/2024 (redacted) | | | | |
| | 10-Print Fingerprint Card 11/7/2024 | | | | |
| | Form I-205, Warrant of Removal/Deportation Dated 3/3/2023 with a Removal Date of 3/21/2023 | | | | |
| | I-213 for 3/21/2023 | | | | |
| | Form I-212 Certificate of Non-Existence Form | | | | |
| | Certification of A-File Documents for Guillermo Ramirez-Saucedo | | | | |

|  | Description |  |  |  |  |
|---|---|---|---|---|---|
|  | Teresa Busby CV |  |  |  |  |
|  | Fingerprint lab report |  |  |  |  |
|  | Defendant's Photo ID |  |  |  |  |
|  | Defendant's Passport |  |  |  |  |
|  | Order of the Immigration Judge dated 8/4/2008 |  |  |  |  |
|  | Form I-213 Record of Deportable/Inadmissible Alien, dated 7/28/2008 (redacted) |  |  |  |  |
|  | Form I-205, Warrant of Removal/Deportation Dated 8/18/2008 with a Removal Date of 8/25/2008 |  |  |  |  |
|  | Form I-213 Record of Deportable/Inadmissible Alien, 2/3/2010 (redacted) |  |  |  |  |
|  | Form I-205, Warrant of Removal/Deportation Dated 4/18/2011 with a Removal Date of 4/18/2011 |  |  |  |  |
|  | Form I-213 Record of Deportable/Inadmissible Alien, dated 2/7/2014 (redacted) |  |  |  |  |
|  | Form I-205, Warrant of Removal/Deportation Dated 2/7/2014 with a Removal Date of 2/7/2014 |  |  |  |  |
|  | Form I-213 Record of Deportable/Inadmissible Alien, dated 7/30/2019 (redacted) |  |  |  |  |
|  | Form I-205, Warrant of Removal/Deportation Dated 11/15/2017 with a Removal Date of 10/30/2019 |  |  |  |  |
|  | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/7/2020 (redacted) |  |  |  |  |
|  | Form I-205, Warrant of Removal/Deportation Dated 11/7/2020 with a Removal Date of 11/10/2020 |  |  |  |  |
|  | DHS Form I-294 Warning to Alien Ordered Removed or Deported, dated 3/3/2023 |  |  |  |  |
|  | Law Enforcement Support Center IAQ Report dated 2/12/2024 |  |  |  |  |
|  | Defendant's Vehicle Registration Records |  |  |  |  |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, I electronically filed this document with the Clerk of Court using CM/ECF, and provided a copy to opposing counsel via email.

/s/ Carrie Law
Carrie Law
Special Assistant United States Attorney
Cal. Bar No. 258387
1000 Louisiana Street, Ste. 2300
Houston, Texas 77002
Telephone: (713) 567-9367