| | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| | United States of America vs. GUILLERMO IVAN RAMIREZ SAUCEDO | Houston Division |
| | | Criminal No. **H-24-609** |
| | | **AMENDED EXHIBIT LIST** |
| | List of United States of America | AUSAs Ekua Assabill and Carrie Law |
| | Judge Keith P. Ellison | |

| No. | Exhibit Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/7/2024 (redacted) | | | | |
| 2 | FD-249 Print Fingerprint Card, dated 11/7/2024 | | | | |
| 3 | Form I-205, Warrant of Removal/Deportation Dated 3/3/2023 with a Removal Date of 3/21/2023 | | | | |
| 4 | Form I-212 Certificate of Non-Existence Form | | | | |
| 5 | Removal Order of the Immigration Judge, dated 8/14/2008 | | | | |
| 6 | Forms I-205, Warrant of Removal/Deportation Dated 8/18/2008 with a Removal Date of 8/25/2008 (AEX and Laredo) | | | | |
| 7 | Form I-213 Record of Deportable/Inadmissible Alien, 3/2023 (redacted) | | | | |
| 8 | I-294 Warning to Alien Ordered Removed or Deported dated 3/3/2023 (redacted) | | | | |
| 9 | Defendant's Passport | | | | |
| 10 | Defendant's Mexican Driver's License | | | | |
| 11 | LE Support Center IAQ Report 2/12/2024 | | | | |
| 12 | Form I-205, Warrant of Removal/Deportation Dated 4/18/2011 with a Removal Date of 4/18/2011 | | | | |
| 13 | Form I-205, Warrant of Removal/Deportation Dated 2/7/2014 with a Removal Date of 2/7/2014 | | | | |
| 14 | Form I-205, Warrant of Removal/Deportation Dated 11/15/2017 with a Removal Date of 10/30/2019 | | | | |
| 15 | Form I-205, Warrant of Removal/Deportation Dated 11/7/2020 with a Removal Date of 11/10/2020 | | | | |
| 16 | Fingerprint Lab Report and case documents | | | | |
| 16A | Supplemental fingerprint report | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Fingerprint exemplar (10/7/2025) | | | | |
| 18 | Map of 9701 Burden St., Houston, TX 77093 (Southern District Texas) | | | | |
| 19 | HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 [00:00-11:45] | | | | |
| 19A | Still Photo: HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 | | | | |
| 19B | Certified Transcript of *HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024* (excerpt [00.00-11:45) | | | | |
| 20 | Still Photo: HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 [1:58:20 – 2:24:05] | | | | |
| | Rebuttal | | | | |
| 23 | Order Of the Immigration Judge | | | | |
| 24 | I-589 Application for Asylum and for Withholding of Removal | | | | |
| 25 | Notice to Appear (redacted), dated July 28, 2008 | | | | |
| 26 | Form I-213 Record of Deportable/Inadmissible Alien, dated 7/28/2008 (redacted) | | | | |
| 27 | Form I-213 Record of Deportable/Inadmissible Alien, dated 2/7/2014 (redacted) | | | | |
| 28 | Sworn Statement, dated 3/16/2010 | | | | |
| 29 | Sworn Statement, dated 8/2/2012 | | | | |
| 30 | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/20/2021 (redacted) | | | | |
| 31 | Vehicle Registration Record | | | | |
| 32 | Nov. 7, 2020 General Bond Order | | | | |
| 33 | Houston Police Department Incident Report, dated 2/11/2024 (redacted) | | | | |
| 34 | Judgment for illegal re-entry – SDTX Houston (Case No. 4:10-CR-0021), dated 8/26/2010 | | | | |
| 35 | Judgment for illegal re-entry – SDTX McAllen (Case No. 7:12-CR-01341), dated 12/3/2012 | | | | |
| 36 | Judgment for illegal re-entry – SDTX Corpus Christi (Case No. 2:17-CR-007), 4/9/2018 | | | | |
| 37 | Judgment for illegal re-entry – SDMS (Case No. 1:21-CR-00149), dated 7/27/2022 | | | | |