IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | CRIM. NO. H-24-609-1 |
| | § | |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | § § § | |

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 12/3/25

_____
Counsel for Government

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 12/3/2025

_____
Counsel for Defendant