UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | CRIM. NO. H-24-609-1 |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | § § § § | |

JURY NOTE ____

WE HAVE REACHED A VERDICT.

12/3/25
Date

~~[signature]~~
PRESIDING JUROR

*************************************************************

Date:_____

Keith P. Elison
United States District Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS*