UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ' |
| v. | ' CRIMINAL NO. 4:24-cr-00609-1 |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | ' |

## VERDICT FORM

**On Count One:**

We, the jury, find the Defendant, Guillermo Ivan Ramirez-Saucedo

_____Guilty __X__ Not Guilty

_____
FOREPERSON OF THE JURY

Signed on __12__, __3_____, 2025.